Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
LAURIE A JONES                              Case No. 10-30257
MICHAEL L JONES                             Account No. 6130


GREEN TREE                                  LAURIE A JONES
PO BOX 0049                                 MICHAEL L JONES
PALATINE, IL 60055-0049                     531 W KRISTINA LANE
                                            ROUND LAKE, IL 60073

                                            ROBERT J SEMRAD & ASSOC
                                            20 S CLARK ST  28TH FL
                                            CHICAGO, IL 60603-1811


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B (2)(b) was sent in error on June 14, 2011.

/S/  Marifran Smith
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U .S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on November 26, 2012.

/S/  Marifran Smith
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888